No. 76-6586. GOODSPEED v. BREWSTER, U. S. DISTRICT JUDGE;

No. 76-6711. LEWIS v. DOYLE, JUDGE;

No. 76-6763. RIDDELL v. VOORHEES, U. S. DISTRICT JUDGE, ET AL.;

No. 76-6843. HAM v. HEMPHILL, U. S. DISTRICT JUDGE, ET AL.;

No. 76-6894. KAPLAN v. LUMBARD, U. S. DISTRICT JUDGE, ET AL.;

No. 76-6897. DOCKERY v. SNEED, U. S. CIRCUIT JUDGE;

No. 76-6939. GUZMAN v. JONES ET AL.;

No. 76-6950. ROBINSON v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS;

No. 76-6955. ROBINSON v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL.;

No. 76-6958. BEACHEM v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT; and

No. 77-5180. MORGAN v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 77-38. TIMMONS v. LAWTON ET AL. Motion for leave to file petition for writ of mandamus, prohibition, and other relief denied.

No. 77-5159. RIDDELL v. WRIGHT, CHIEF JUSTICE, SUPREME COURT OF WASHINGTON, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 76-1184. MALONE, COMMISSIONER OF LABOR AND INDUSTRY FOR MINNESOTA v. WHITE MOTOR CORP. ET AL. Appeal from C. A. 8th Cir. Probable jurisdiction noted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.